UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CIVIL ACTION 6:10-CV-00222-ART

*ELECTRONICALLY FILED*

JAYNE BROWNING, Individually, and as
Administratix of THE ESTATE OF
PAUL BROWNING, SR.,                                                                              PLAINTIFF,

vs.                             **ANSWER ON BEHALF OF
                                 ROGER DEAN HALL, Individually**

HARLAN COUNTY; STEVE DUFF, Individually,
and in his Official Capacity as HARLAN
COUNTY SHERIFF; and ROGER DEAN HALL,
Individually, and in his Official Capacity as
HARLAN COUNTY DEPUTY SHERIFF,                                                  DEFENDANTS.

\*\* \*\* \*\* \*\* \*\*

Comes Defendant, Roger Dean Hall, individually, by counsel, and for his Answer to the Complaint herein, state as follows:

(1)     The Complaint should be dismissed on the grounds that it fails to state a claim against this answering Defendant for which the Court can properly grant relief.

(2)     The claims of the Plaintiff are barred by the applicable statute of limitations.

(3)     This answering Defendant admits the allegations contained in numerical paragraph 1, 3, 4, and 6 of the Complaint.

(4)     This answering Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in numerical paragraph 2 and 9 of the Complaint.

(5)     This answering Defendant denies the allegations contained in numerical paragraph 5, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 and 20 of the Complaint.

(8)     This answering Defendant denies each and every other statement, allegation and demand contained in the Complaint not heretofore expressly admitted.

(9)     This answering Defendant asserts each and every privilege and immunity available to them under the laws of the United States of America and the Commonwealth of Kentucky.

(10)    This answering Defendant states the claims of the Plaintiff for punitive damages are barred by operation of law.

(11)    This answering Defendant state that the facts and circumstances of this case do not warrant the imposition of punitive damages.

(12)    Insofar as the allegations of Plaintiff's Complaint assert claims under the common law and statutory law of the Commonwealth of Kentucky, these answering Defendants assert as an affirmative defense each and every term of the provision of the Kentucky Punitive Damages Statute.

WHEREFORE, having fully answered, the Defendant, Roger Dean Hall, individually, demand that the Complaint be dismissed and that the Plaintiff take nothing

thereby, for their costs herein expended, for trial by jury, and for any and all other relief to which they may appear entitled, either at law or in the equity.

                Respectfully submitted,

                /s/ Warren N. Scoville
                Hon. Warren N. Scoville
                The Scoville Firm
                105 N. Main Street
                London, KY 40741
                Telephone: 606-878-6400
                Facsimile: 606-878-9486
                Attorney for Roger Dean Hall,
                Individually

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of August 2010, the foregoing Answer was electronically filed with the clerk of the court by using the CM/ECF system, and was sent electronically to:

Hon. Brad C. Freeman

Hon. Michael J. Schmitt

                /s/Warrren N. Scoville
                Hon. Warren N. Scoville